## Hattie Rice, Appellant, v. Joseph A. Galkowski, Appellee.

**Gen. No. 44,129.**

opinion filed

February 25, 1948; released for publication March 25, 1948. Lester B. Masor, for appellant; Charles D. Snewind, of counsel; Paul E. Thurlow, for appellee; Thomas J. Cameron, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.